```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

Dunlap Street, LLC,
       Plaintiff                                                    Adv. Proc. No. 17-00155-JJT

Centre County,
       Defendant

## CERTIFICATE OF NOTICE

District/off: 0314-4        User: TWilson        Page 1 of 1        Date Rcvd: Sep 11, 2017
                             Form ID: orfeedue     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
pla           +Dunlap Street, LLC,    160 Dunlap Street,    Bellefonte, PA 16823-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:
                 Donald M Hahn    on behalf of Plaintiff    Dunlap Street, LLC   dhahn@nittanylaw.com
                                                                                                                                                                         TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DUNLAP STREET, LLC
**Debtor(s)**

DUNLAP STREET, LLC, a/k/a DUNLAP ST., LLC
**Plaintiff(s)**

vs.

CENTRE COUNTY TAX CLAIM BUREAU, KISHACOQUILLAS VALLEY NATIONAL BANK, UNITED STATES SMALL BUSINESS ADMINISTRATION, SEDA–COG, UNITED STATES DEPARTMENT OF THE TREASURY, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, BOROUGH OF BELLEFONTE, BELLEFONTE AREA SCHOOL DISTRICT, and COUNTY OF CENTRE
**Defendant(s)**

Chapter: 11

Case No.: 4:16–bk–00542–JJT

Adversary No.: 4:17–ap–00155–JJT

Document Number: 1

### Order Filing Fee Due

Finding that the fee in the amount of **$350.00** assessed in connection with the above referenced adversarial proceeding has not been paid, it is hereby

**ORDERED** that the fee be paid in full on or before **September 18, 2017** or an order may be entered dismissing this proceeding for failure to pay the filing fee.

Dated: September 11, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk